Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Tampa Division

|  |  |
|---|---|
| Jenice Clouse <br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> Kobe's Japanese Steak House Ro. <br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 8:24 cv 1586 wfj-NHA <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No |

JUL 2 2024 PM3:26
FILED - USDC - FLMD - TPA

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jenice Clouse
Street Address: 1311 Windsor Way
City and County: Tampa
State and Zip Code: FL 33619
Telephone Number: 813-568-6039
E-mail Address: Jeniceywell @ yahoo. Com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TRA - 20683
$405.00

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    Kobe's Japanese SteakHouse Restaurant

Job or Title *(if known)*    Jackey Chang Manager

Street Address    2240 W Brandon BLVD

City and County    Brandon

State and Zip Code    FL 33511

Telephone Number    813-550-2821

E-mail Address *(if known)*

Defendant No. 2

Name    Oscar aka Kobe

Job or Title *(if known)*    Manager

Street Address    22100 W

City and County    Brandon

State and Zip Code    FL 33511

Telephone Number    813-550-2821

E-mail Address *(if known)*

Defendant No. 3

Name    Kerry aka Kobe

Job or Title *(if known)*    dishwasher

Street Address    2210 W

City and County    Brandon

State and Zip Code    FL 33511

Telephone Number    813-550-2821

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Title VII employment discrimination of my race, religion, national origin and sex.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _07/02/2024_

Signature of Plaintiff    _K Clouse_

Printed Name of Plaintiff    _Jenice Clouse_

### B.    For Attorneys    _Litigant Jenice Clouse_

Date of signing:    _07/2/2024_

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Tampa Field Office**
501 East Polk St, Suite 1000
Tampa, FL 33602
(800) 669-4000
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**To:** Miss Jenice C. Clouse
1311 WINDSOR WAY
TAMPA, FL 33619
Charge No: 511-2024-01474

EEOC Representative and email:     ANTHONY PINO
Sr. Investigator
Anthony.Pino@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 511-2024-01474.

On behalf of the Commission,

*Tamra S. Schweiberger*  Digitally signed by Tamra
Schweiberger
Date: 2024.05.17 16:02:42 -04'00'

Tamra S. Schweiberger
Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 511-2024-01474 |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Miss Jenice C. Clouse | 813-568-6039 | |

Street Address

1311 WINDSOR WAY

TAMPA, FL 33619

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Kobe's Japanese Restaurant Brandon | 15 - 100 Employees | |

Street Address

2210 W BRANDON BLVD

BRANDON, FL 33511

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| National Origin, Sex | 10/12/2023 | 01/19/2024 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Kobe's Japanese Steak House, Brandon, FL, hereinafter referend to as Respondent on or about October 12, 2023, as a prep cook. Respondent unlawfully terminated my employment on January 19, 2024, claiming they do not feel safe working with me. The harassment I was subjected to started on my first assigned shift. It's worth noting that my former doctor has stalked me since 2017, at the restaurants I have worked at and is the cause for and responsible for my unlawful employment terminations. I am unsure why and how the doctor continuously injects himself into my employee/employer relationships, but when he does, it always has a forced sexual harassment component. As with Respondent in this matter, In January 2024, while at work, I observed Jacky (manager) speaking with my former doctor. This illustrates that the doctor continues to stalk me. The doctor is also sexually involved with other employees (Muffin and Ana) and they have created a hostile work environment for me.

My former doctor has continuously stalked me at every restaurant I have worked at over the past 10 years. In 2018, the doctor sent me a letter terminating our patient/doctor relationship.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Miss Jenice C. Clouse**<br>05/17/2024<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 511-2024-01474 |

| Florida Commission On Human Relations | and EEOC |
|---|---|

*State or local Agency, if any*

During my short tenure with Respondent, I have been subjected to severe and pervasive sex harassment that created a toxic and hostile work environment. Some examples of the abusive sex-based harassment include but not limited to such comments as, "you sell pussy", "your vagina is 100% unclean", "I'm so horny", Kiesha spread rumors of me being a lesbian, which I am not. She made the comments because I refused to have sex with the doctor, and she told other employees I have a sexually transmitted disease. There was also an incident when Terry intentionally brushed up against me (sex harassment) and when I was in Oscar's office to use the time clock and he said he would like to have a good time with me (sexual harassment unwelcomed comments).

On or about December 2023, I raised some concerns to Jacky (manager) regarding the kitchen staff scoffing (clearing throat noise) at me and how in my culture it's a sign of disrespect and was told to "own it".

Respondent retaliated against me on January 19, 2024, when I rejected the pressured sexual advances from Respondent.

I believe I am a victim of unlawful employment discrimination on the basis of my national origin (Jamaican) and sex/gender (heterosexual female) in violation of Title VII of the Civil Rights Act of 1964, as amended ("TVII") and all applicable FL state statutes.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Miss Jenice C. Clouse**<br>05/17/2024<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Page 2 of 3